Opinion issued April 5, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00486-CV

———————————

Randy and
kathy reado, a/n/f of candice reado, and brittany reado, Appellants

V.

ismael
rincon and cynthia gonzalez, Appellees



 



 

On Appeal from the 269th District Court 

Harris County, Texas



Trial Court Cause No. 2009-61342

 



MEMORANDUM OPINION

Appellants have filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate within
10 days of the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Keyes, Bland, and Sharp.